Certificate Number: 17082-PAM-DE-040568158

Bankruptcy Case Number: 26-00251



17082-PAM-DE-040568158

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 31, 2026, at 10:06 o'clock AM MST, JAMES D FOOSE completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 31, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director