United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-00251-MJC |
| James David Foose | Chapter 7 |
| Michael DeFazio | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: admin | Page 1 of 3 |
| Date Rcvd: May 18, 2026 | Form ID: 318 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James David Foose, Michael DeFazio, 108 Moosic Heights, Avoca, PA 18641-9502 |
| 5776895 | ++ | JEFFERSON CAPITAL SYSTEM LLC, MAILROOM, 200 14TH AVE E, SARTELL MN 56377-4500 address filed with court:, TMobile, 12920 SE 38th St, Bellevue, WA 98006 |
| 5776887 | | Northwest Bank, Attn: Bankruptcy, PO Box 128, Warren, PA 16365-0128 |
| 5776890 | | Radiology Partners, Attn: Bankruptcy, PO Box 120540, Dallas, TX 75312-0540 |
| 5776896 | | UMH Properties Inc, 118 1st St, Moosic Heights, Avoca, PA 18641 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5776872 | | Email/PDF: bncnotices@becket-lee.com | May 18 2026 19:02:33 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5776873 | | Email/PDF: bncnotices@becket-lee.com | May 18 2026 19:02:22 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5776874 | | EDI: CAPIO.COM | May 18 2026 22:48:00 | Assetcare LLC, 2222 Texoma Pkwy Ste 180, Sherman, TX 75090-2484 |
| 5776875 | | EDI: TSYS2 | May 18 2026 22:48:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 5776876 | | EDI: TSYS2 | May 18 2026 22:48:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5776877 | | EDI: SYNC | May 18 2026 22:48:00 | Barclays Bank/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 5776878 | | EDI: TSYS2 | May 18 2026 22:48:00 | Barclays Bank/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 5776879 | | Email/Text: cms-bk@cms-collect.com | May 18 2026 18:56:00 | Capital Management Services LP, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 5776880 | | EDI: CAPITALONE.COM | May 18 2026 22:48:00 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5776881 | | EDI: CAPITALONE.COM | May 18 2026 22:48:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5776895 | | EDI: JCTM | May 18 2026 22:48:00 | TMobile, 12920 SE 38th St, Bellevue, WA 98006 |
| 5776884 | ^ | MEBN | May 18 2026 18:56:02 | JPMCB Card, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5776883 | | EDI: JPMORGANCHASE | May 18 2026 22:48:00 | JPMCB Card, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5776885 | | EDI: CITICORP | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 18 2026 22:48:00 | Macys/CBNA, Attn: Bankruptcy, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 5776886 | ^ | MEBN | May 18 2026 18:55:17 | Northstar Location Services LLC, Attn: Financial Services Dept, 4285 Genesee St, Buffalo, NY 14225-1943 |
| 5776888 | | Email/Text: bankruptcy@northwest.com | May 18 2026 18:56:00 | Northwest Bank, PO Box 1793, Warren, PA 16365-6793 |
| 5776889 | | EDI: AGFINANCE.COM | May 18 2026 22:48:00 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 5776892 | + | EDI: SYNC | May 18 2026 22:48:00 | Syncb/Lowes, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5776891 | | EDI: SYNC | May 18 2026 22:48:00 | Syncb/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5776894 | + | EDI: SYNC | May 18 2026 22:48:00 | Syncb/Sams Club DC, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5776893 | | EDI: SYNC | May 18 2026 22:48:00 | Syncb/Sams Club DC, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5776898 | | Email/Text: bknotice@upgrade.com | May 18 2026 18:56:00 | Upgrade Inc, 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 5776897 | | Email/Text: bknotice@upgrade.com | May 18 2026 18:56:00 | Upgrade Inc, Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 5776882 | | EDI: USBANKARS.COM | May 18 2026 22:48:00 | Elan Financial Service, PO Box 108, Saint Louis, MO 63166-0108 |
| 5776899 | | EDI: USBANKARS.COM | May 18 2026 22:48:00 | US Bank, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

**Name**        **Email Address**

Carlo Sabatini

     on behalf of Debtor 1 James David Foose usbkct@bankruptcypa.com
     kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

District/off: 0314-5

User: admin

Page 3 of 3

Date Rcvd: May 18, 2026

Form ID: 318

Total Noticed: 29

Carlo Sabatini

on behalf of Debtor 2 Michael DeFazio usbkct@bankruptcypa.com
kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatin
i.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

Jill E. Durkin

jilldurkinesq@gmail.com  PA92@ecfcbis.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

Information to identify the case:

| | | | |
|---|---|---|---|
| Debtor 1 | James David Foose | Social Security number or ITIN | xxx−xx−2813 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | Michael DeFazio | Social Security number or ITIN | xxx−xx−3875 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ | |

United States Bankruptcy Court   Middle District of Pennsylvania

Case number:   5:26−bk−00251−MJC

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

James David Foose
aka James Foose, aka Jim Foose, aka James D
Foose

Michael DeFazio

**By the court:**

5/18/26

Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2