United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                          Case No. 26-00251-MJC

James David Foose                                                                    Chapter 7

Michael DeFazio

　　　Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                                 Page 1 of 2

Date Rcvd: Jun 26, 2026                      Form ID: fnldec                                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　　Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

**Recip ID　　　　　　Recipient Name and Address**
db/jdb　　　　　　+ James David Foose, Michael DeFazio, 108 Moosic Heights, Avoca, PA 18641-9502

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026                         Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2026 at the address(es) listed below:**

**Name　　　　　　　　Email Address**

Carlo Sabatini
　　　　on behalf of Debtor 2 Michael DeFazio usbkct@bankruptcypa.com
kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

Carlo Sabatini
　　　　on behalf of Debtor 1 James David Foose usbkct@bankruptcypa.com
kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

Jill E. Durkin
　　　　jilldurkinesq@gmail.com  PA92@ecfcbis.com

United States Trustee
　　　　ustpregion03.ha.ecf@usdoj.gov

District/off: 0314-5

Date Rcvd: Jun 26, 2026

TOTAL: 4

User: AutoDocke

Form ID: fnldec

Page 2 of 2

Total Noticed: 1

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James David Foose,
aka James Foose, aka Jim Foose, aka James D Foose,

Chapter     7

**Debtor 1**

Case No.     5:26−bk−00251−MJC

Michael DeFazio,

**Debtor 2**

Social Security No.:

     xxx−xx−2813        xxx−xx−3875

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Jill E. Durkin**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: June 26, 2026

**fnldec** (01/22)